Robert H. Blumenthal, SBN 31203
Law Offices of Robert H. Blumenthal
225 Bush Street, 16th Floor
San Francisco, CA 94104
Tel. 415-439-8328

Attorney for Petitioner

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMEKA JUSTICE, individually, and as Guardian ad Litem for ACQUCER HILL, a minor,<br><br>                      Plaintiffs,<br><br>            vs<br><br>COUNTY OF YUBA AND THOMAS OAKS,<br><br>                      Defendants. | Case No.: 2:10-CV-0915 FCD KJN<br><br>ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM |

      The verified petition of Tomeka Justice to be appointed as Guardian ad Litem of Acqucer Hill, a minor, to prosecute the above entitled action on behalf of Acqucer Hill, a minor, was considered by the Court on this date.

      On proof made to the satisfaction of the Court, the Court finds that the appointment is expedient.

      IT IS ORDERED that the petition of Tomeka Justice be granted and Tomeka Justice is appointed Guardian ad Litem for Acqucer Hill, a minor, to prosecute the above entitled action for said minor.

Order appointing Guardian ad Litem     1

DATED: April 21, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Order appointing Guardian ad Litem        2