1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10
                            ----oo0oo----
11

12   TOMEKA JUSTICE, individually and
     as Guardian ad Litem for ACQUCER
13   HILL,
                                        2:10-cv-0915 FCD KJN
14            Plaintiffs,

15       v.                             MEMORANDUM AND ORDER

16   COUNTY OF YUBA AND THOMAS OAKES,

17            Defendants.
     _____/
18

19                          ----oo0oo----

20       This matter is before the court on defendants County of Yuba

21   (the "County") and Thomas Oakes' ("Oakes") (collectively

22   "defendants") motion to strike plaintiffs' request for punitive

23   damages against defendant County and defendant Oakes in his

24   official capacity pursuant to Federal Rule of Civil Procedure

25   12(f).  Plaintiffs Tomeka Justice, individually and as Guardian

26   ad Litem for Acqucer Hill, ("plaintiffs") do not oppose the

27   motion.  Accordingly, defendants' motion to strike is GRANTED.

28   /////

1    Defendants also move to dismiss plaintiffs' claims against

2 the County for (1) law false arrest, imprisonment, and

3 prosecution; (2) intentional infliction of emotional distress

4 ("IIED"); and (3) negligent infliction of emotional distress

5 ("NIED") on the grounds that public entities are immune from

6 common law claims.  Plaintiffs oppose the motion, clarifying that

7 they are not asserting any claims for direct liability against

8 the County, but only vicarious liability based upon the conduct

9 of its employees.

10    Under Federal Rule of Civil Procedure 8(a), a pleading must

11 contain "a short and plain statement of the claim showing that

12 the pleader is entitled to relief."  See Ashcroft v. Iqbal, 129

13 S. Ct. 1937, 1949 (2009).  Under notice pleading in federal

14 court, the complaint must "give the defendant fair notice of what

15 the claim is and the grounds upon which it rests."  Bell Atlantic

16 v. Twombly, 550 U.S. 544, 555 (2007) (internal quotations

17 omitted).  "This simplified notice pleading standard relies on

18 liberal discovery rules and summary judgment motions to define

19 disputed facts and issues and to dispose of unmeritorious

20 claims."  Swierkiewicz v. Sorema N.A., 534 U.S. 506, 512 (2002).

21    While plaintiffs clarify in their opposition that their

22 common law claims against the County are based *solely* on

23 vicarious liability, the complaint fails to set forth any

24 allegations that would give defendants notice of this theory.

25 Accordingly, defendants' motion to dismiss is GRANTED with leave

26 to amend.

27    Plaintiffs shall file a second amended complaint in

28 accordance with this order within ten (10) days of the date of

1  this order.  Defendants shall have twenty (20) days after service

2  thereof to file a response.

3      IT IS SO ORDERED.

4  DATED: October 22, 2010

5

6                                    FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28